IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| RAWL D. DAVIS, )  )  Petitioner, )  )  v. )  )  SCOTT W. HASSELL, et al., )  )  Respondents. ) | 4:15-cv-1760-LSC-JEO |

**MEMORANDUM OPINION**

This is a habeas corpus case filed pursuant to 28 U.S.C. § 2241 by Rawl D. Davis, *pro se*. (Doc. 1-1). Davis filed this action in October 2015, claiming that he was being held in custody illegally by immigration officials at the Etowah County Detention Center in Gadsden, Alabama, and that he is entitled to an individualized bond hearing. *See generally Zadvydas v. Davis*, 533 U.S. 678 (2001); *Sopo v. United States Attn'y Gen.*, 825 F.3d 1199 (11th Cir. 2016). Thereafter, it came to appear, however, that Davis was released from custody on September 12, 2016. (*See* Docs. 9, 10, 11). That prompted the court to issue an order to Davis, sent to his only address on file, requiring him to show cause why his habeas petition is not moot. (*See* Docs. 10, 11). Davis has not filed a response.

The court finds, based on the materials in the court file, and in light of Davis's failure to assert otherwise, that Davis has been released from custody. As a result, his

habeas corpus claim for release or repatriation has become moot because the court can no longer provide "meaningful relief." *Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003). Accordingly, this action is due to be **DISMISSED AS MOOT**. A separate Final Order will be entered.

      Done this 26th day of January 2017.

                                              _____
                                              L. Scott Coogler
                                              United States District Judge
                                                             [160704]

.